1 | BENJAMIN B. WAGNER
United States Attorney
2 | STANLEY A. BOONE
Assistant U.S. Attorney
3 | 4401 Federal Building
2500 Tulare Street
4 | Fresno, California 93721
Telephone: (559) 497-4000
5 | Facsimile: (559) 497-4099

6 | Attorneys for the
United States of America

**FILED**

OCT 11 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

**SEALED**

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

IN THE MATTER OF THE SEARCH OF:

4514 W. MYRTLE
VISALIA, CALIFORNIA, 93277

1525 "B" SOUTH MOONEY BLVD.
VISALIA, CALIFORNIA, 93277

) S.W. NO. 1:11 SW 00241 SKO
)
) **UNDER SEAL**
)
) ORDER SEALING SEARCH WARRANT
) AFFIDAVIT

The United States of America, having applied to this Court, for an Order permitting it to file the search warrants and applicants and affidavits in the above-entitled proceedings, together with its Application to Seal, Memorandum of Points and Authorities and the accompanying Declaration of Stanley A. Boone, under seal, and good cause appearing therefor,

IT IS HEREBY ORDERED that the search warrant affidavit in the above-entitled proceeding, together with the Application To Seal of the United States Attorney and the accompanying Memorandum of Points and Authorities and Declaration of Stanley A. Boone, shall be filed with the Court in camera, under seal

1

1 | and shall not be disclosed pending further order of this court.

2 | DATED: 10/11/11         *Sheila K. Oberto*
3 |                          U.S. MAGISTRATE JUDGE