**FILED**

JUN  4 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: ) | CASE NO.   1:12-SW-00241-SKO |
| ) | |
| 4514 W. MYRTLE ) | ORDER TO UNSEAL SEARCH WARRANT AND |
| VISALIA, CA, 93277,          ) | AFFIDAVIT |
| ) | |
| 1525 "B" SOUTH MOONEY BLVD. ) | |
| VISALIA, CA, 93277. ) | |
| ) | |
| ) | |
| ) | |
| ) | |

The search warrant and affidavit in support of the search warrant, having been sealed by this Court on October 11, 2011, and it appearing that the search warrant and affidavit no longer need to remain sealed based on the government's motion,

IT IS HEREBY ORDERED that the search warrant and affidavit in support of the search warrant herein be unsealed and made public record.

DATED: 6/4/13

_____
UNITED STATES MAGISTRATE JUDGE

2